# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUEROS & BEBIDAS REHIDRATANTES, S.A. DE C.V.<br><br>Plaintiff(s),<br><br>v.<br><br>MONARCAS CANDIES, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23-cv-08282-DSF-BFM<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   12/13/2023

Document No.:   32

Title of Document:   Answer to Complaint

**ERROR(S) WITH DOCUMENT:**

Local Rule 7-1.1 no notice of interested parties.

(2) Counsel must comply with Local Rule 7.1-1. (3) Default on file dated on 11/29/2023 (See Dkt. [31]); (4) Leave of court required for filing; (5) Stipulation/Request to Set Aside Default

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: December 18, 2023        By: /s/ *Jenny Lam  Jenny_Lam@cacd.uscourts.gov*
                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G-112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS