# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUEROS & BEBIDAS REHIDRATANTES, S.A. de C.V., et al., <br>    Plaintiffs, <br><br> v. <br><br> MONARCAS CANDIES, <br>    Defendant. | 2:23-cv-8282-DSF-BFMx <br><br> Order re Civil Contempt |

    On July 15, 2024, the Court ordered Defendant and its principals, Manuel Vazquez and Eduardo Lopez, to do five enumerated things and to appear before the Court on August 5, 2024.  No appearance was made by Defendant, Vasquez, or Lopez on August 5, nor has there otherwise been any compliance with the July 15 order.  Accordingly, the Court finds Defendant, Vasquez, and Lopez to be in civil contempt of this Court.

    The magistrate judge has ordered Defendant, Vasquez, and Lopez to appear on August 15, 2024.  <u>If they do not appear on that date and do not take substantial steps to bring themselves in compliance with the Court's July 15 order and its Permanent Injunction, a bench warrant will be issued for Vasquez and Lopez and they will be taken into custody until they purge their civil contempt.</u>  In the meantime,

coercive monetary sanctions will continue to accrue in accordance with the Court's July 15 order.

    IT IS SO ORDERED.

Date: August 6, 2024

                                      Dale S. Fischer
                                      United States District Judge