JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUEROS & BEBIDAS REHIDRATANTES, S.A. de C.V., et al., <br><br>     Plaintiffs, <br><br> v. <br><br> MONARCAS CANDIES, <br>    Defendant. | 2:23-cv-08282-DSF-BFMx <br><br> Order re Bankruptcy Status |

    The Court has been advised that prosecution of this action has been stayed by the filing of a voluntary petition for Chapter 7 bankruptcy as to Defendant Monarcas Candies. <u>See</u> 11 U.S.C. § 362.

    In order to permit the Court to monitor this action, the Court orders Plaintiffs to file periodic status reports indicating what steps have been taken to obtain relief from the stay or to prosecute the stayed claims in the bankruptcy proceeding.  The first such report is to be filed no later than January 12, 2026.  Successive reports must be filed every 120 days thereafter.  <u>Each report must indicate on the face page the date on which the next report is due.</u>  Plaintiff must notify the Court within 30 days of the lifting of the stay or resolution of the bankruptcy case.  Failure to file a timely report may result in sanctions, including dismissal.  The case will be administratively closed.

IT IS SO ORDERED.

Date: July 18, 2025

                                                 Dale S. Fischer
                                                 United States District Judge