JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUEROS & BEBIDAS REHIDRATANTES, S.A. de C.V., et al.,<br>Plaintiffs,<br><br>v.<br><br>MONARCAS CANDIES,<br>Defendant. | 2:23-cv-8282-DSF-BFMx<br><br>JUDGMENT AND PERMANENT INJUNCTION |

The Court having granted a motion for default judgment,

IT IS HEREBY ORDERED that Defendant and its owners, principals, agents, officers, directors, members, servants, employees, successors, assigns and all other persons in concert and participation with them (collectively, the "Restrained Parties"), shall, upon service of this Judgment and Permanent Injunction be immediately and permanently restrained from:

1. Purchasing, selling, distributing, marketing, manufacturing or otherwise using any of the Electrolit Marks (as defined below) or any marks confusingly similar thereto in connection with the manufacture, sale, offer for sale, distribution, advertisement, or

any other use of any product, including Unauthorized Electrolit.[1] The Electrolit Marks are:

| ***Mark*** | ***U.S. Reg. No.*** | ***Reg. Date*** |
|---|---|---|
| | 4222726 | Oct. 9, 2012 |
| "ELECTROLIT" | 4833885 | Oct. 13, 2015 |
|  | 4717350 | Apr. 7, 2015 |
| | 4717232 | Apr. 7, 2015 |

2. Using any logo, trade name or trademark confusingly similar to any of the Electrolit Marks that may be calculated to falsely represent or which has the effect of falsely representing that the services or products of any or all of the Restrained Parties are sponsored by, authorized by or in any way associated with Plaintiffs;

[1] For the purposes of this Injunction, "Unauthorized Electrolit" is Electrolit-branded product that is not authorized for sale in the United States and does not meet U.S. Food and Drug Administration requirements.

3. Manufacturing, importing, duplicating, advertising, selling or distributing any infringing and/or counterfeit Electrolit product;

4. Falsely representing any Restrained Party as being connected with Plaintiffs or sponsored by or associated with Plaintiffs or engaging in any act that is likely to cause the trade, retailers and/or members of the purchasing public to believe that any or all of the Restrained Parties are associated with Plaintiffs;

5. Affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation including words or other symbols tending to falsely describe or represent such goods as being Electrolit and from offering such goods in commerce;

6. Assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (1) through (5) above; and

7. Engaging in assignments or transfers, formation of new entities or associations or utilization of any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in this order.

IT IS FURTHER ORDERED AND ADJUDGED that:

Judgment is entered in favor of Plaintiffs Sueros & Bebidas Rehidratantes, S.A. de C.V. and CAB Enterprises, Inc. and against Defendant Monarcas Candies in the amount of $6,619,296.75, consisting of $6,357,273.98 in damages, $259,540.00 in attorney's fees, and $2,482.77 in costs.

Date: July 27, 2026

Dale S. Fischer
United States District Judge